**Mary Berry, Plaintiff-Appellee, v. Vivian Lewis, Defendant-Appellant.**

**Gen. No. 66–45.** ▮

Third District.

March 14, 1967.

John David Zwanzig, of Ottawa, and Orner & Wasserman, of Chicago, for appellant; Peter F. Ferracuti, of Ottawa, for appellee. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.